IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRANCH BANKING AND TRUST      )
COMPANY, successor in         )
interest to Colonial Bank     )
by asset acquisition from     )
the FDIC as receiver for      )
Colonial Bank,                )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:13cv828-MHT
                              )            (WO)
ROBERT G. ENSLEN, JR.,        )
                              )
     Defendant.               )
```

OPINION

Plaintiff Branch Banking and Trust Company (BB&T) filed this lawsuit seeking to recover on an indebtedness from defendant Robert G. Enslen, Jr. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 (diversity). This lawsuit is now before the court on BB&T's motion for default judgment against Enslen in the amount of $ 508,790.58.

BB&T has perfected service of the summons and complaint on Enslen. It filed the instant motion for default judgment based on affidavits of Michelle

Rackley and William R. Cunningham Jr. According to the affidavits, Enslen owes BB&T $ 508,790.58, which includes the balance of the amount owed as well as accrued interest and additional expenses.

The court ordered Enslen to show cause by a date certain as to why the default-judgment motion should not be granted. The court informed Enslen that, if he failed to respond within the time allowed, the motion would be granted and default judgment would be entered as requested.

The deadline for Enslen to respond has come and gone, and he has yet to show cause why default judgment should not be entered against him. Accordingly, the court is of the opinion that BB&T's motion for entry of default judgment should be granted and that judgment of default as to the amount requested should be entered against Enslen.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE