IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, successor in interest to Colonial Bank by asset acquisition from the FDIC as receiver for Colonial Bank, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:13cv828-MHT (WO) |
| ROBERT G. ENSLEN, JR., | ) ) | |
| Defendant. | ) | |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Branch Banking and Trust Company's motion for default judgment (doc. no. 11) is granted.

(2) Judgment is entered in favor of plaintiff Branch Banking and Trust Company and against defendant Robert G. Enslen, Jr.

(3) Plaintiff Branch Banking and Trust Company shall have and recover from defendant Enslen the sum of $ 508,790.58.

It is further ORDERED that costs are taxed against defendant Enslen, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of March, 2015.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE